# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ◉ NO   **DOCKET NUMBER:** 3:23-cr-207-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :**US** vs Luis Alberto Landa Vazquez

**COUNTY OF OFFENSE** : Union

**RELATED CASE INFORMATION** :

Magistrate Judge Case Number :

Search Warrant Case Number :

Miscellaneous Case Number :

Rule 20b :

**SERVICE OF PROCESS** : Arrest Warrant

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ○ Petty ○ Misdemeanor ◉ Felony

8 U.S.C. § 1326(a)

**JUVENILE:** ○ Yes ○ No

**ASSISTANT U. S. ATTORNEY** : Kenneth Smith

**VICTIM/WITNESS COORDINATORS:** Lynne Crout

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**