# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Luis Alberto Landa Vazquez

Case Number: 3:23-cr-207-RJC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 8/1326(a) | n/a | 2 years imprisonment, $250,000 and a term of super\[vised release\] |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?
* For 922(g) cases only — n/a

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?
* For drug cases only — n/a

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?
* 18 U.S.C. 924(c) only — n/a

Brandish ☐
Discharge ☐