IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00207-RJC-DCK

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LUIS ALBERTO LANDA VAZQUEZ, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the government's Motion to Dismiss, (Doc. No. 13), the Indictment, (Doc. No. 1), without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

**IT IS ORDERED** that the government's motion is **GRANTED** and the Indictment is **DISMISSED** without prejudice.

Signed: November 13, 2023

Robert J. Conrad, Jr.
United States District Judge